**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 24 2014

JAMES W. McCORMACK, CLERK
By: S. Williams
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 4:13CR00197-04-BSM |
| YOUSEF QATTOUM | * | |
| | * | |
| Defendant. | * | |

## ORDER

The Defendant appeared in the Western District of Texas for an initial appearance. A suppression hearing is scheduled in the Eastern District of Arkansas on September 26, 2014, so the defendant must be transported immediately. Therefore it is ordered that agents with the Drug Enforcement Agency and Homeland Security may transfer Defendant Yousef Qattom from the custody of the U.S. Marshals in El Paso, Texas to the custody of the U.S. Marshals in Little Rock, Arkansas.

IT IS SO ORDERED this 24th day of September 2014.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE