IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              CASE NO. 4:13-CR-00197-BSM-4

YOUSEF QATTOUM                                                              DEFENDANT

## ORDER

Yousef Qattoum's renewed motion for compassionate release [Doc. No. 511] is denied for two reasons. First, as shown by his past conduct, Qattoum is a flight risk despite having met with ICE and agreeing to sign deportation papers. Second, even if he were not a flight risk, Qattoum has failed to provide extraordinary and compelling reasons to justify early release. *See, e.g.*, *United States v. Ram*, 2020 WL 3100837, at *2–3 (E.D. Ark. June 11, 2020).

IT IS SO ORDERED, this 15th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE